IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Case No. 18-27004** |
| DONNA RAY JOHNSON, | ) | **Chapter 13** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| DONNA RAY JOHNSON, | ) | Adv. Proc. 18-00294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WELLS FARGO MORTGAGE, | ) | |
| NATIONAL ASSOCIATION f/k/a WACHOVIA | ) | |
| MORTGAGE f/k/a WORLD SAVINGS BANK, | ) | |
| FSB, U.S. BANK NATIONAL ASSOCIATION, | ) | |
| SOLELY AS TRUSTEE FOR THE | ) | |
| BLUEWATER INVESTMENT TRUST 2017-1, | ) | |
| SELENE FINANCE LP, SN SERVICING | ) | |
| CORPORATION, and SN SERVICING | ) | |
| SERIES REO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

---

**BUNGALOW SERIES REO, LLC AND SN SERVICING
CORPORATION'S NOTCE OF NONCONSENT**

---

Comes Now, Bungalow Series REO, LLC and SN Servicing Corporation, by and through counsel, and, pursuant to this Court's order on May 31, 2019 (Doc #103), hereby give notice that they do not consent to the entry of a final order by the bankruptcy judge in this proceeding.

*/s/Edward D. Russell*  Dated: June 6, 2019
Edward D. Russell, BPR #26126
The SR Law Group
PO Box 128
Mt. Juliet, TN 37121
(615) 559-3190
erussell@thesrlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2019, a true and correct copy of Bungalow Series REO, LLC and SN Servicing Corporation's Notice of Nonconsent was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

By: */s/Edward D. Russell*
Edward D. Russell

2